# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazanin Tehrani, an individual, appearing on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>Macy's West Stores, Inc. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:15-CV-07286-JAK-Ex<br><br>**ORDER GRANTING STIPULATION REGARDING HEARING DATE FOR PLAINTIFF'S MOTION TO REMAND (DKT. 14)**<br><br>Courtroom: 750<br>Judge: Hon. John A. Kronstadt |

ORDER

The Court has considered the parties' Stipulation Regarding the Hearing Date for Plaintiff's Motion to Remand, and for good cause shown, orders as follows:

The Court continues the hearing on Plaintiff' Motion to Remand from March 14, 2016 to **March 21, 2016 at 8:30 a.m.** All other dates set forth in the Court's December 9, 2015 Order are to remain on calendar as stated therein.

**IT IS SO ORDERED**.

DATED: December 23, 2015        By:_____
                                            Hon. John A. Kronstadt
                                            United States District Judge